UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   **22-cr-00393 (TDC)** |
| | ) | |
| **Rolando Escamilla-Romero,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CONSENT MOTION TO CONTINUE PLEA HEARING

Mr. Rolando Escamilla-Romero, by and through his attorney, Cara Halverson, Assistant Federal Public Defender, and consented to by the government, Adam Ake, Assistant United States Attorney, request the Court continue the plea hearing currently set for April 8, 2024, at 2:30 a.m. for approximately 60 days. In support of this motion, undersigned states as follows:

1. On November 16, 2022, a Grand Jury sitting in the District of Maryland returned an indictment against Mr. Escamilla-Romero, alleging Reentry of an Alien Removed After an Aggravated Felony Conviction; in violation of 8 U.S.C. § 1326(a) and (b)(2). *See* ECF No. 10.

2. On December 2, 2022, Mr. Escamilla-Romero appeared in the United States District Court for the District of Maryland for his arraignment, when he entered a plea of not guilty. He also consented to his detention. *See* ECF No. 13.

3. Since that time, undersigned counsel and the government have engaged in disposition negotiations, but more time is needed by the parties to reach a final agreement. Specifically, the parties need more time to consult with stakeholders regarding the

1

resolution and the potential consequences to Mr. Escamilla's immigration status in the United States.[1]

4. The timing is further complicated by the fact that Mr. Escamilla is housed out-of-state (at Northern Neck Regional Jail in Warsaw, Virginia), and it will take time once a plea agreement has been formalized for undersigned counsel to adequately, and in person, convey the offer.

5. Undersigned consulted with Assistant United States Attorney, Adam Ake, who consents to this continuance request.

**WHEREFORE**, undersigned counsel, and consented to by the government, respectfully requests this Court continue the plea hearing currently set for April 8, 2024, at 2:30 p.m. to a date approximately 60 days later. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
6411 Ivy Lane
Suite 710
Greenbelt, Maryland 20770
301-344-0600
cara_halverson@fd.org

---

[1] The parties welcome a telephonic status conference to further discuss this issue, if the Court so requests.